UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORNELL BRUMFIELD,

    Defendant.

CIVIL ACTION

NO. 1:10-CR-053-2-CAP-ECS

**O R D E R**

This matter is currently before the court on two separate R&Rs filed by the Magistrate Judge on February 18, 2011, and September 19, 2011, respectively [Doc. Nos. 70, 100].

With regard to the September 19, 2011, R&R, the court notes that no objections have been filed. After carefully considering the R&R and the record in this case, the court receives the September 19, 2011, R&R [Doc. No. 100] with approval and ADOPTS it as the opinion and order of this court.

With regard to the February 18, 2011, R&R, the court notes that the defendant has filed objections and requests that this court conduct a de novo review after considering a complete version of his post-hearing reply brief [Doc. No. 88].[1] The court has reviewed the complete post-hearing reply brief and conducted a de novo review of the issues addressed in the February 18, 2011, R&R

---

[1] Counsel for the defendant inadvertently filed an incomplete draft version of the brief initially.

in light of the arguments presented in that brief and the defendant's objections. After carefully considering these arguments and the record in this case, the court receives the February 18, 2011, R&R [Doc. No. 70] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 29th day of November, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge